# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN DOE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PROHEALTH CARE,<br><br>Defendant. | Case No. 23-cv-296 |

## **DISCLOSURE STATEMENT**

The undersigned counsel of record for Plaintiff, furnishes the following list in compliance with Local Civil Rule 7.1:

1. The undersigned represents John Doe, whose real name is disclosed in a separate, filed, sealed Disclosure Statement.

2. Plaintiff is an individual.

3. The names of the law firms whose attorneys will appear, or are expected to appear, for Plaintiff in this Court are:

Hansen Reynolds LLC
Almeida Law Group LLC
Milberg Coleman Bryson Phillips Grossman, PLLC

| | |
|---|---|
| Date: March 3, 2023 | Respectfully submitted, |

**HANSEN REYNOLDS LLC**

/s/ Timothy M. Hansen
Timothy M. Hansen (SBN 1044430)
Michael C. Lueder (SBN 1039954)
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
thansen@hansenreynolds.com
mlueder@hansenreynolds.com

**ALMEIDA LAW GROUP LLC**

David S. Almeida (SBN 1086050)
849 W. Webster Avenue
Chicago, Illinois 60614
(312) 576-3024 (phone)
david@almeidalawgroup.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Gary M. Klinger
227 Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878 (phone)
gklinger@milberg.com

*Attorneys for Plaintiff & the Putative Class*